No. 93–762. JEROME B. GRUBART, INC. *v.* GREAT LAKES DREDGE & DOCK CO. ET AL.; and

No. 93–1094. CITY OF CHICAGO *v.* GREAT LAKES DREDGE & DOCK CO. ET AL. C. A. 7th Cir. Certiorari granted, cases con-

solidated, and a total of one hour allotted for oral argument.